```
                    FILED
              08 AUG 20 PM 4:49
          CLERK U.S. DISTRICT COURT
         SOUTHERN DISTRICT OF CALIFORNIA

         BY:                    DEPUTY
```

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

June 2008 Grand Jury    '08 CR 2795 H

| | |
|---|---|
| UNITED STATES OF AMERICA, | Criminal Case No. _____ |
| Plaintiff, | I N D I C T M E N T |
| v. | Title 21, U.S.C., Sec. 841(a)(1) - Possession of Marijuana with Intent to Distribute; Title 18, U.S.C., Secs. 922(g)(3) and 924(a)(2) - Unlawful User of a Controlled Substance in Possession of a Firearm; Title 18, U.S.C., Secs. 922(k) and 924(a)(1)(B) - Possession of Firearms with Obliterated Serial Numbers; Title 18, U.S.C., Sec. 924(c)(1) - Use and Carrying of a Firearm During the Commission of a Drug Trafficking Crime |
| JESUS JAMES EDWARD MOORE III, | |
| Defendant. | |

The grand jury charges:

Count 1

On or about July 9, 2008, within the Southern District of California, defendant JESUS JAMES EDWARD MOORE III did knowingly and intentionally possess, with intent to distribute approximately 1 pound of marijuana, a Schedule I Controlled Substance; in violation of Title 21, United States Code, Section 841(a)(1).

//

//

FAS:nlv:San Diego
8/19/08

## Count 2

On or about July 9, 2008, within the Southern District of California, defendant JESUS JAMES EDWARD MOORE III, then being an unlawful user of a controlled substance as defined in Title 21, United States Code, Section 802, possessed in and affecting commerce two firearms, that is, one Iver Johnson, .22 Caliber pistol, serial number AE01574, and one Mossberg 12 GA shotgun, with an obliterated serial number, which had been shipped an transported in interstate commerce; in violation of Title 18, United States Code, Sections 922(g)(3) and 924(a)(2).

## Count 3

On or about July 9, 2008, within the Southern District of California, defendant JESUS JAMES EDWARD MOORE III did knowingly and intentionally possess a firearm that had been transported in interstate commerce and from which the manufacturer's serial number had been obliterated, removed and altered, that is, one Mossberg 12 GA shotgun; in violation of Title 18, United States Code, Sections 922(k), 924(a)(1)(B), and Title 18, United States Code, Section 2.

//
//
//
//
//
//
//
//

Count 4

On or about July 9, 2008, within the Southern District of California, defendant JESUS JAMES EDWARD MOORE III, during and in relation to a drug trafficking crime for which the defendant may be prosecuted in a court of the United States, namely, possession with intent to distribute approximately 1 pound of marijuana, a crime charged in Count 1 of this indictment, did knowingly use and carry firearms, that is, one Iver Johnson, .22 Caliber pistol, serial number AE01574, and one Mossberg 12 GA shotgun, with an obliterated serial number; in violation of Title 18, United States Code, Section 924(c)(1).

DATED: August 20, 2008.

A TRUE BILL:

_____
Foreperson

KAREN P. HEWITT
United States Attorney

By: _____
FRED SHEPPARD
Assistant U.S. Attorney